1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney

2  BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  ANDREW F. DAWSON (CABN 264421)
   Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7019
7      FAX: (415) 436-7234
       Andrew.Dawson@usdoj.gov
8
   Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO: CR 4:18-0056 |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE HEARING AND |
| v. | ) EXCLUDE TIME, AND [PROPOSED] ORDER |
| SERGIO RUBALCABA, | ) |
| Defendant. | ) |

The parties are presently set to appear before this court for a change of plea on February 8, 2019. The parties hereby stipulate, agree, and request that the change of plea hearing be continued three weeks, to March 1, 2019. The parties have reached tentative resolution in this case but need to address a limited number of specific issues prior to confirming an agreement. Unfortunately, those issues cannot be resolved in time for the February 8, 2019 hearing. Due to travel schedules and other obligations of counsel, the next available date is March 1, 2019, and parties expect a plea to go forward at this time.

For the reasons discussed above, the parties propose that the matter be continued 21 days to Friday, March 1, 2019, at 9:30am. The parties further stipulate to exclude time for purposes of the Speedy Trial Act between February 8, 2019, and March 1, 2019. The parties agree that an exclusion of time is appropriate under the Speedy Trial Act for continuity of counsel and for the effective preparation

STIPULATION TO CONTINUE HEARING AND EXCLUDE TIME, AND [PROPOSED] ORDER
CR 18-0056 JST

of counsel.  The parties also agree that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

   IT IS SO STIPULATED.

DATED:  February 4, 2019            /s/
                    ANDREW F. DAWSON
                    Assistant United States Attorney

DATED:  February 4, 2019            /s/
                    BRENDAN HICKEY
                    Attorney for Defendant Rubalcaba

STIPULATION TO CONTINUE HEARING AND EXCLUDE TIME, AND [PROPOSED] ORDER
CR 18-0056 JST

1 [PROPOSED] ORDER

2 Pursuant to the parties' stipulation, the Court orders that the change of plea hearing currently set
3 for February 8, 2019, be continued to 9:30am on March 1, 2019. The Court further finds that the
4 exclusion of time from February 8, 2019 through and including March 1, 2019 is warranted and that the
5 ends of justice served by the continuance outweigh the best interests of the public and the defendant in a
6 speedy trial. 18 U.S.C. § 3161(h)(7)(A). The failure to grant the requested continuance would deny the
7 defendant effective preparation of counsel, would interrupt the continuity of counsel, and would result in
8 a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(iv).

9 IT IS SO ORDERED.

11 DATED: February 5, 2019

_____
HON. JON S. TIGAR
UNITED STATES DISTRICT JUDGE