1  BRENDAN M. HICKEY (CSBN 261794)
   Pier 9, Suite 100
2  San Francisco, CA 94111-1497
   Telephone: (415) 494-8444
3  Fax: (415) 735-3544

4  Attorney for Defendant
   Sergio Rubalcaba

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| UNITED STATES OF AMERICA, | No. CR 4:18-0056 |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE HEARING AND EXCLUDE TIME, AND [PROPOSED] ORDER** |
| v. | |
| SERGIO RUBALCABA, | |
| Defendant. | |

    IT IS HEREBY STIPULATED by and between, Assistant United States Attorney Andrew Dawson, counsel for the Plaintiff, and Brendan M. Hickey, counsel for Defendant Sergio Rubalcaba, agree and request that the change of plea hearing be continued to April 5, 2019. Unfortunately, Defense counsel has to be present for a family member's medical procedure on Friday, March 1, 2019, and the parties and court are not all available again until April 5, 2019.

    For the reasons stated above, the parties request that the matter be continued to April 5, 2019, at 9:30 am. The parties further stipulate to exclude time for the purposes of the Speedy Trial Act between March 1, 2019, and April 5, 2019. The parties agree that an exclusion of time is appropriate under the Speedy Trial Act for continuity of counsel and for the effective preparation of counsel. The parties also agree that the ends of justice served by granting such a continuance outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C.

§ 3161(h)(7)(A).

**IT IS SO STIPULATED**.

Dated: 2/28/2019

        */s/*
BRENDAN M. HICKEY
Counsel for Defendant, Sergio Rubalcaba

Dated: 2/28/2019

        */s/*
ANDREW F. DAWSON
Assistant United States Attorney
Counsel for Plaintiff

**[PROPOSED]** **ORDER**

Pursuant to the parties' stipulation, the Court orders that the change of plea hearing currently set for March 1, 2019, be continued to April 5, 2019. The court further finds that the exclusion of time from March 1, 2019 through and including April 5, 2019 is warranted and that the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The failure to grant the requested continuance would deny the defendant effective preparation of counsel, would interrupt the continuity of counsel, and would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(iv).

**IT IS SO ORDERED.**

Dated: February 28, 2019

