```
1   BRENDAN M. HICKEY (CSBN 261794)
    Pier 9, Suite 100
2   San Francisco, CA  94111-1497
    Telephone: (415) 494-8444
3   Fax: (415) 735-3544

4   Attorney for Defendant
    Sergio Rubalcaba
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | No. CR 4:18-0056-JST |
|---|---|
| Plaintiff, | |
| v. | **DEFENDANT'S MOTION FOR IMMEDIATE RELEASE AND** ~~PROPOSED~~ **ORDER** |
| SERGIO RUBALCABA, | |
| Defendant. | |

**I.**

Sergio Rubalcaba was sentenced by this court on the morning of Friday, August 16, 2019 to a sentence of 18 months.  Mr. Rubalcaba has served over 18 months, and the court made clear at the time of sentencing that it was imposing a time-served sentence.  However, the court has not yet issued a judgment and commitment order and Mr. Rubalcaba therefore remains in the custody of the U.S. Marshals service at Santa Rita Jail.  The Marshals have indicated that they cannot release him without an order of this court.  Mr. Rubalcaba respectfully asks that this court issue an immediate release order so that he can be released from the Marshals custody forthwith.  A proposed order is included below, and issuance of a judgment and commitment order indicating "Time Served" should accomplish the same.  Mr. Rubalcaba's family waited at the jail to pick him up from Friday afternoon until Saturday afternoon and will return to pick him up once this

court signs an order permitting his release.

Respectfully submitted,

Dated: 8/19/2019  /s/ Brendan Hickey
BRENDAN M. HICKEY
Counsel for Defendant, Sergio Rubalcaba

**[PROPOSED] ORDER**

Sergio Rubalcaba is sentenced to TIME SERVED and is hereby ordered released forthwith from the custody of the United States Marshals.

**IT IS SO ORDERED.**

Dated: August 19, 2019

HONORABLE JON S. TIGAR
United States District Judge

-3-